No. 04–9501. BENETIZ *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 04–9504. PICKENS *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 04–9514. RIVAS-MARTINEZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 04–9520. LASSITER *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 04–9521. MILLIGAN *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 04–9522. PINKSTON *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 04–9525. JACKSON-BEY *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 04–9526. BALLARD *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 04–9527. SANDERS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 04–9529. MCKENITH *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 04–9536. ROBINSON *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 04–9551. SANCHEZ, AKA ALBINO, AKA RODRIGUEZ *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 04–9558. BECERRA *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 03–1510. UNITED STATES *v.* INGRAM. C. A. 2d Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.